IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MORRIS RODGERS,** <br><br> Plaintiff, <br><br> v. <br><br> **RUBEN REYNAGA, et al.,** <br><br> Defendants. | Case No. 1:06-cv-1083 JAT <br><br> **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT** |

On January 8, 2009, this Court entered an order determining that 11 Defendants would be required to answer the complaint. Ten of those Defendants have moved for an extension of time to answer. (Doc. #20). As to the one non-moving Defendant, Defendant Reynoso, the summons sent to him was returned unexecuted on April 2, 2009. The remarks indicate that he does not work at the facility and is not in the database. (Doc. #19).

IT IS ORDERED that the ten Defendants' motion for extension of time (Doc. #20) is granted to the extent that the Defendants listed in Doc. #20 shall answer or otherwise respond to the complaint by May 20, 2009.

1

IT IS FURTHER ORDERED confirming to Plaintiff the admonition in the Order of February 6, 2009 that if Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Second Amended Complaint on Defendant Reynoso by June 6, 2009, this Court will dismiss Defendant Reynoso for failure to timely serve.

Dated this 27th day of April, 2009.

James A. Teilborg
United States District Judge