1 **WO**
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE EASTERN DISTRICT OF CALIFORNIA**
8

| Morris Rodgers, | ) No. CV 1-06-1083-JAT |
|---|---|
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Ruben Reynaga, et al., | ) |
| Defendants. | ) |

**NOTICE - WARNING TO PLAINTIFF** - Ten of the Defendants have filed a Motion to Dismiss. Defendants' motion to dismiss seeks to have your case dismissed. Their motion will, if granted, end your case.

You must timely respond to all motions. The Court may, in its discretion, treat your failure to respond to the Motion to Dismiss as a consent to the granting of that Motion without further notice, and judgment may be entered dismissing this action without prejudice. *See Brydges v. Lewis,* 18 F.3d 651 (9th Cir. 1994) (per curiam). Because Defendants' Motion to Dismiss seeks dismissal of your Complaint for your failure to exhaust all available administrative remedies as required by 42 U.S.C. § 1997e(a), the Court may consider sworn declarations or other admissible documentary evidence beyond your Complaint. Moreover, if Defendants produce admissible evidence demonstrating that you failed to exhaust your administrative remedies, your Complaint will be dismissed without prejudice unless you produce copies of your grievances and grievance appeals or other admissible evidence

sufficient to show that you did exhaust all available administrative remedies.  *See Wyatt v. Terhune*, 315 F.3d 1108 (9th Cir. 2003).

**IT IS THEREFORE ORDERED that**:

1. **Response** - Plaintiff shall have until June 30, 2009 within which to respond to Defendants' Motion to Dismiss, filed May 20, 2009 (Doc. #22).

2. **Reply** - Defendants shall have ten days from service of the responsive memorandum within which to file a reply.

3. **Consideration of Motion** - The Motion to Dismiss will be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court.

DATED this 26th day of May, 2009.

/s/ James A. Teilborg
James A. Teilborg
United States District Judge