# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Morris Rodgers, | No. CV 1-06-1083-JAT |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| vs. | |
| Ruben Reynaga, et al., | |
| Defendants. | |

On April 2, 2009, the proof of service for Defendant F. Reynoso was returned unexecuted with the notes, "3/13/09 not employed per facility; 3/30/09 per CDC locator, none in database." On April 28, 2009, this Court advised Plaintiff of this fact, and confirmed to Plaintiff this Court's order of February 6, 2009, that he had to complete service by June 6, 2009. It does not appear on this record that Defendant F. Reynoso has been served. Therefore,

IT IS ORDERED that by August 7, 2009, Plaintiff shall show cause why Defendant F. Reynoso should not be dismissed for failure to serve within the deadlines set by this Court.

DATED this 24th day of July, 2009.

_James A. Teilborg_
United States District Judge