IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

| | |
|---|---|
| Morris Rodgers, | CV 1-06-1083-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Rubin Reynaga, et al., | |
| Defendants. | |

On July 24, 2009, this Court ordered Plaintiff to show cause why defendant Reynoso should not be dismissed due to Plaintiff's failure to timely serve him under Federal Rule of Civil Procedure 4(m). On August 7, 2009, Plaintiff responded and claimed that despite the fact that the Marshals return of service stated "3/13/09 not employed per facility; 3/30/09 per CDC locator, none in database." he believes a location for Reynoso is available. Further, Plaintiff seeks to have Defendants provide this information.

Based on the statements in the Return of Service, the Court is not confident in the identity of Defendant Reynoso, and therefore, will not seek the assistance of Defendants on Plaintiff's behalf at this time. However, in an abundance of caution, the Court will grant Plaintiff an extension of time to complete service to permit him to conduct discovery to secure the requisite service information for Defendant Reynoso. The Marshal's inability to affect service on Plaintiff's behalf is good cause for the extension of time. *Pruett v. Blandford*, 912 F.2d 270, 276 (9th Cir. 1990).

1    Accordingly,

2    **IT IS ORDERED** that the Clerk of the Court shall issue and send to Plaintiff five
3    subpoenas in blank and five USM-285 forms for Plaintiff to complete with each subpoena.
4    Plaintiff shall complete the subpoenas decus tecum requesting documents that would contain
5    an address for Defendant Reynoso and the corresponding USM-285 forms and return them
6    to the Clerk of the Court.  Plaintiff shall have until September 18, 2009 to return these
7    completed subpoenas and forms to the Court.  Upon receipt of the completed subpoenas and
8    USM-285 forms, the Clerk of the Court shall forward the completed subpoenas and forms
9    to the Marshals for service.

10   **IT IS FURTHER ORDERED** that Plaintiff shall complete the subpoenas such that
11   the documents requested are returned to the Court and not to the Plaintiff.  Upon receipt of
12   the documents, the Clerk of the Court shall file the documents containing Defendant
13   Reynoso's address under seal.  Upon receipt of the documents, the Clerk of the Court shall
14   forward the address of Defendant Reynoso and a copy of this order to the Marshals and the
15   Marshals shall again attempt to serve the summons and complaint.

16   **IT IS FURTHER ORDERED** that if Plaintiff does not accomplish service of
17   Defendant Reynoso through this additional process, the Court will dismiss Defendant
18   Reynoso without prejudice.

19    DATED this 19th day of August, 2009.

_____
James A. Teilborg
United States District Judge